# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 13-cv-0115-WJM-CBS

COACH, INC., and
COACH SERVICES, INC.,

    Plaintiffs,

v.

IVORY MARKET, INC., d/b/a DOLLAR PLUS d/b/a DOLLAR PLUS,

    Defendant.

---

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

---

This matter comes before the Court on the Parties' Joint Motion for Entry of Consent Judgment and Permanent Injunction, filed February 10, 2014 (ECF No. 34). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED.

A Permanent Injunction is entered against Defendant Ivory Market, Inc., d/b/a Dollar Plus ("Defendant") pursuant to Fed. R. Civ. P. 65, forever enjoining this Defendant, through its officers, agents, servants, and employees and upon those persons in active concert or participation with them:

    1.    From manufacturing, procuring, distribution, shipping, retailing, selling, advertising or trafficking, in any merchandise, including apparel, sunglasses, bags, jewelry and/or related merchandise, not authorized by

       the Plaintiffs, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Plaintiffs' Trademarks, or bearing a design or image which is of a substantially similar appearance to the Plaintiffs' Trademarks listed in the Complaint (ECF No.1);

2. From passing off, inducing or enabling others to sell or pass off, as authentic products produced by the Plaintiffs or otherwise authorized by the Plaintiffs, any product not manufactured by the Plaintiffs or produced under the control or supervision of the Plaintiffs and approved by the Plaintiffs, which utilize any of the Plaintiffs' Trademarks listed in the Complaint;

3. From further diluting and infringing Plaintiffs' Trademarks and damaging their goodwill;

4. From engaging in any other activity constituting unfair competition with Plaintiffs or that will cause the distinctiveness of Plaintiffs' Trademarks to be diluted; and

5. From causing, aiding, and/or abetting any other person from doing any act proscribed under a through d above.

It is FURTHER ORDERED that Judgment be entered against Defendant Ivory Market, Inc. d/b/a Dollar Plus, and in favor of the Plaintiffs noted more specifically below:

**Statutory damages against Defendant Ivory Market, Inc. d/b/a/ Dollar Plus**

To Plaintiffs Coach, Inc. and Coach Services, Inc. pursuant to 15 U.S.C. § 1117(c)(1) and (2): $100,000 per counterfeit mark per type of good.

Total statutory damages entered against Defendant: **$500,000**

Total Judgment awarded against Defendant: **$500,000**

It is FURTHER ORDERED that this Consent Judgment and Permanent Injunction shall operate as a final judgment as to the Defendant listed above.

Each party shall bear its own attorney's fees and costs. The Clerk shall terminate this case.

Dated this 12th day of February, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge